IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

APR 13 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. M-21-232-P |
| -vs- ) | |
| ) | |
| NICHOLAS BESHEARS, ) | Violations: 18 U.S.C. § 1791(a)(1) |
| ) | 18 U.S.C. § 1791(b)(5) |
| Defendant. ) | |

**INFORMATION**

The United States Attorney charges:

**COUNT 1**
**(Providing Contraband to a Federal Prisoner)**

Beginning in or about August 2019, and continuing through in or about January 2020, in Caddo County, Oklahoma, in the Western District of Oklahoma and elsewhere, -------------------------------------- **NICHOLAS BESHEARS,** ---------------------------------- contrary to 28 C.F.R. § 6.1, provided prohibited objects, to wit: Hydroxycut capsules and Pre-workout powder, which are objects that threaten the order, discipline, and security of Great Plains Correctional Facility (GPCF), a prison in which persons are held in custody pursuant to a contract with the Attorney General, to A. P., an inmate of GPCF.

All in violation of Title 18, United States Code, Section 1791(a)(1) and (b)(5).

ROBERT J. TROESTER
Acting United States Attorney


ROZIA MCKINNEY-FOSTER
Assistant United States Attorney